UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

JAMES W. STEWART and
MISTI M. STEWART

DEBTOR(S)

BANKRUPTCY NO.
10-11954
SECTION "B"
CHAPTER 7

## ORDER FOR PAYMENT
## OF FILING FEES IN INSTALLMENTS

Considering the debtors' application to pay filing fees in installments *and the debtors having paid an initial installment payment of $49.00, rather than the required $54.00*,

**IT IS ORDERED** that the balance of the $299.00 filing fee be paid as follows:

$    5.00 on or before June 10, 2010,
$  45.00 on or before July 1, 2010,
$100.00 on or before August 1, 2010, and
$100.00 on or before September 1, 2010, for a total amount due of **$250.00.**

**IT IS FURTHER ORDERED** that should the debtors fail to pay timely any one of the scheduled payments, the Court will dismiss the above-captioned case, without further notice or hearing.

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtors shall not pay, and no person shall accept, any money for services in connection with this case, and the debtors shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

New Orleans, Louisiana, June 3, 2010.

*J. A. Brown*
HON. JERRY A. BROWN
BANKRUPTCY JUDGE